FILED19 JAN '22 10:19USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND    DIVISION

STEVEN DAWAYNE WILLIS

*(Enter full name of plaintiff)*

Plaintiff,

v.

DETECTIVE MEREDITH HOPPER

DETECTIVE JASON ANDERSEN

PORTLAND POLICE BUREAU, CITY OF PORTLAND

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00103-JR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

■Yes    ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: STEVEN DAWAYNE WILLIS

Street Address: 11540 NE INVERNESS DR.

City, State & Zip Code: PORTLAND, OR. 97220

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: DET. MEREDITH HOPPER (36239)
Street Address: 1111 SW 2nd AVE.
City, State & Zip Code: PORTLAND, OR. 97204
Telephone No.: _____

**Defendant No. 2**    Name: DET. JASON ANDERSEN (48313)
Street Address: 1111 SW 2nd AVE.
City, State & Zip Code: PORTLAND, OR. 97204
Telephone No.: _____

**Defendant No. 3**    Name: PORTLAND POLICE BUREAU
Street Address: 1111 SW 2nd AVE.
City, State & Zip Code: PORTLAND, OR. 97204
Telephone No.: _____

**Defendant No. 4**    Name: CITY OF PORTLAND
Street Address: 1221 SW 4th AVE SUITE 430
City, State & Zip Code: PORTLAND, OR. 97204
Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

TITLE 18 §241, CH55.§1201 CONSTRUCTIVE KIDNAPPING, UNLAWFUL SEARCH/SEIZURE, 4th, 5th, 8th, 14th AMENDMENT VIOLATIONS, HARASSMENT, COERCION DESCRIMINATION, NEGLIGENCE, MENTAL ANGUISH, SLANDER, DEFAMATION, TITLE §242

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

ON OR ABOUT 6/26/21 DETECTIVES MEREDITH HOPPER & JASON ANDERSON OF P.P.B. IN THE CITY OF PORTLAND PUT A FLYER ABOUT ME OUT TO PPB OFFICERS HAVING PROBABLE CAUSE WITHOUT INCIDENT. I WAS SUBSEQUENTLY UNLAWFULLY DETAINED/ARRESTED ON THIS FLYER ONLY. THERE WAS NO WARRANT & THE ACTUAL PC AFFIDAVIT WASN'T FILED UNTIL 6/28/21. THESE DETECTIVES NEGLIGENCE RESULTED IN MY CONSTITUTIONAL DUE PROCESS RIGHTS BEING VIOLATED & ANNOYS ME. AFTER A RECORDS SEARCH, NO WARRANT WAS EVER ISSUED FOR THIS INCIDENT & THERES NO RECORD OF THE ORIGINAL CASE# 21CR167058 IN DATABASE. I WAS ULTIMATELY BOOKED IN THE JAIL ON ASSOCIATED W/ POLICE REPORT. THESE DETECTIVES INTENDED TO VIOLATE MY CONST. RIGHTS.

*[right margin:]* I WANT POLICING CERTIFICATIONS REVOKED PERMANENTLY.

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

Complaint for Violation of Civil Rights (Prisoner Complaint)          3
[Rev. 01/2018]

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)  4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I WANT THE DEFENDANTS HELD RESPONSIBLE & ACCOUNTABLE. I WANT THEIR POLICING CERTIFICATIONS STRIPPED PERMANENTLY. I WANT THE DEFENDANTS TO PAY ALL ATTORNEYS FEES & PERCENTAGES & ALL TAXES ON ANY MONEY AWARDED. I WANT ALL DEFENDANTS TO SIGN NON DISCLOSURE AGGREEMENTS. I WANT MY ENTIRE CRIMINAL HISTORY PERMANENTLY DELETED OUT OF ALL LAW ENFORCEMENT DATABASES, ALONG WITH FINGERPRINTS & DNA. NOT EXPUNGED OR SEALED. DELETE ALL PUBLIC RECORD OF MY CRIMINAL HISTORY - JUVENILE & ADULT. I WANT NINE HUNDRED NINETY NINE TRILLION DOLLARS & NINETY EIGHT CENTS IN DAMAGES/COMPENSATION FOR INJURIES, MENTAL ANGUISH, & PAIN & SUFFERING FOR THE CLAIM(S).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of JANUARY , 20 22 .

_____
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]